UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITIES INSURANCE ASSOCIATION OF WASHINGTON, a Washington non-profit insurance corporation,<br><br>        Plaintiff,<br><br>        V.<br><br>PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, a Washington municipal corporation; and ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LIMITED, a Bermuda corporation,<br><br>        Defendant. | NO. 2:14-cv-00410 SAB<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

      Before the Court is the parties' Joint Motion for Dismissal Without Prejudice of All Claims, Counterclaims, Crossclaims and Third-Party Claims. ECF No. 19. The parties indicate this Court is no longer needed to resolve the above-captioned case and ask that the all claims, counterclaims, cross-claims and third-party claims be dismissed without prejudice and without attorneys' fees or costs to any party. The Court finds good cause to grant the joint motion.

**ORDER OF DISMISSAL WITHOUT PREJUDICE** ~ 1

Accordingly**, IT IS HEREBY ORDERED:**

1. The parties' Joint Motion for Dismissal Without Prejudice of All Claims, Counterclaims, Crossclaims and Third-Party Claims, ECF No. 19, is **GRANTED**.

2. The above-captioned case is **dismissed** without prejudice and without costs to any party.

3. Defendant's Motion to Dismiss or Alternatively to Compel Arbitration and Stay Proceeding, ECF No. 6, is **DISMISSED** as **moot**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 26th day of January 2015.



```
              Stanley A. Bastian
           United States District Judge
```

**ORDER OF DISMISSAL WITHOUT PREJUDICE** ~ 2